**Order entered September 24, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00709-CR

**WILLIAM AUTREY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F10-16130-Q**

## ORDER

On May 13, 2014, this Court ordered the Dallas County District Clerk to file a supplemental clerk's record within thirty days and ordered appellant to file his brief within sixty days. The supplemental clerk's record was not filed until August 19, 2014. To date, appellant has not filed a brief, nor has counsel sought an extension of time to file appellant's brief.

Accordingly, we **ORDER** appellant to file his brief within **TWENTY-ONE DAYS** of the date of this order. No further extensions will be granted absent a showing of extraordinary circumstances.

/s/    ADA BROWN
        JUSTICE